**Dismissed; Opinion Filed January 27, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00047-CV

**MARTIN, FLETCHER LOCUMS, INC., Appellant**
**V.**
**JOHN ARRAMBIDE AND MD PLACEMENT, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15712**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Before the Court is appellant's January 23, 2017 unopposed motion to dismiss this appeal. In the motion, appellant asks this Court to dismiss the appeal and to assess costs of the appeal against the party incurring the costs. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

170047F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MARTIN, FLETCHER LOCUMS, INC.,
Appellant

No. 05-17-00047-CV　　　V.

JOHN ARRAMBIDE AND MD
PLACEMENT, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-15712.
Opinion delivered by Justice Lang. Justices
Brown and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 27th day of January, 2017.